APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

Infinity Computer Products, Inc.

V.

Brother International Corporation, et al

Civil Action
No: 2:10-cv-03175-LDD

## DISCLOSURE STATEMENT FORM

Please check one box:

☒ The nongovernmental corporate party, <u>Infinity Computer Products</u>, Inc., in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☐ The nongovernmental corporate party, _____, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

_____
_____
_____
_____

July 19, 2010
Date

_[signature: Robert Tokelny]_
Signature

Counsel for: <u>Plaintiff, Infinity Computer Products, Inc.</u>

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
   (a)   WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
       (1)   identifies any parent corporation and any publicly held corporation owning 10% or more of its stock;  or

       (2)   states that there is no such corporation.

   (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
       (1)   file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
       (2)   promptly file a supplemental statement if any required information changes.