IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INFINITY COMPUTER PRODUCTS, INC. | : | |
| | : | |
| Plaintiff | : | Civil Action No. 10-CV-03175-LDD |
| | : | |
| | : | COMPLAINT FOR PATENT INFRINGEMENT |
| BROTHER INTERNATIONAL CORPORATION; | : | |
| CANON USA, INC.; | : | DEMAND FOR JURY TRIAL |
| DELL, INC.; | : | |
| EASTMAN KODAK COMPANY; | : | |
| EPSON AMERICA INC.; | : | |
| HEWLETT-PACKARD COMPANY; | : | |
| KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC.; | : | |
| LEXMARK INTERNATIONAL, INC.; | : | |
| OKI DATA AMERICAS, INC.; | : | |
| PANASONIC CORPORATION OF NORTH AMERICA; | : | |
| RICOH AMERICAS CORPORATION; | : | |
| SAMSUNG ELECTRONICS AMERICA, INC.; | : | |
| SHARP ELECTRONICS CORPORATION; | : | |
| TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. and | : | |
| XEROX CORPORATION, | : | |
| | : | |
| Defendants | : | |

## AFFIDAVIT OF SERVICE

This is to certify that defendant, Canon U.S.A., Inc., with an address of 111 8th Avenue, New York, NY was served a Civil Action Complaint in the above matter via the United States

Postal Service, Certified Mail on July 9, 2010. A copy of the Certified Mail return receipt is attached hereto.

Date:   July 20, 2010                                   /s/ Robert L. Sachs, Jr.
                                                                               Robert L. Sachs, Jr.
                                                                               Attorney for Plaintiffs

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  Certified Mail Received  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>JUL 09 2010 |
| 1. Article Addressed to:<br><br>Canon U.S.A., Inc.<br>c/o Registered Agent<br>CT Corporation Systems<br>111 8th Ave.<br>New York, New York, 10011 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No<br>NYSOP<br>CT, a Wolters Kluwer Business |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7003 3110 0005 5932 6630 |
| PS Form 3811, February 2004 | Domestic Return Receipt    102595-02-M-1540 |