IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INFINITY COMPUTER PRODUCTS, INC. | : | |
| | : | |
| Plaintiff | : | Civil Action No. 10-CV-03175-LDD |
| | : | |
| | : | COMPLAINT FOR PATENT INFRINGEMENT |
| BROTHER INTERNATIONAL CORPORATION; | : | DEMAND FOR JURY TRIAL |
| CANON USA, INC.; | : | |
| DELL, INC.; | : | |
| EASTMAN KODAK COMPANY; | : | |
| EPSON AMERICA INC.; | : | |
| HEWLETT-PACKARD COMPANY; | : | |
| KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC.; | : | |
| LEXMARK INTERNATIONAL, INC.; | : | |
| OKI DATA AMERICAS, INC.; | : | |
| PANASONIC CORPORATION OF NORTH AMERICA; | : | |
| RICOH AMERICAS CORPORATION; | : | |
| SAMSUNG ELECTRONICS AMERICA, INC.; | : | |
| SHARP ELECTRONICS CORPORATION; | : | |
| TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. and | : | |
| XEROX CORPORATION, | : | |
| Defendants | : | |

## AFFIDAVIT OF SERVICE

This is to certify that defendant, Dell, Inc., with an address of 2711 Centerville Road, Suite 400, Wilmington, DE 19808 was served a Civil Action Complaint in the above matter via

the United States Postal Service, Certified Mail on July 8, 2010. A copy of the Certified Mail return receipt is attached hereto.

Date:   July 20, 2010                                   /s/ Robert L. Sachs, Jr.
                                                        Robert L. Sachs, Jr.
                                                        Attorney for Plaintiffs

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Dell, Inc.
   Attn: Registered Agent
   Corporation Service Company
   2711 Centerville Road, Suite 400
   Wilmington, DE 19808

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   [signature] ☐ Agent ☐ Addressee

B. Received by (Printed Name)    Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

[postmark: JUL 8 2010]

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
   7003 3110 0005 5932 6555

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540