**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

INFINITY COMPUTER      :
PRODUCTS, INC.      :
     :
        Plaintiff      :     Civil Action No. 10-CV-03175-LDD
     :
     :
     :     COMPLAINT FOR PATENT
     :     INFRINGEMENT
BROTHER INTERNATIONAL      :
CORPORATION;      :     DEMAND FOR JURY TRIAL
CANON USA, INC.;      :
DELL, INC.;      :
EASTMAN KODAK COMPANY;      :
EPSON AMERICA INC.;      :
HEWLETT-PACKARD      :
COMPANY;      :
KONICA MINOLTA BUSINESS      :
SOLUTIONS, U.S.A., INC.;      :
LEXMARK INTERNATIONAL,      :
INC.;      :
OKI DATA AMERICAS, INC.;      :
PANASONIC CORPORATION      :
OF NORTH AMERICA;      :
RICOH AMERICAS      :
CORPORATION;      :
SAMSUNG ELECTRONICS      :
AMERICA, INC.;      :
SHARP ELECTRONICS      :
CORPORATION;      :
TOSHIBA AMERICA BUSINESS      :
SOLUTIONS, INC.      :
and      :
XEROX CORPORATION,      :
     :
        Defendants      :

**AFFIDAVIT OF SERVICE**

This is to certify that defendant, Konica Minolta Business Solutions, U.S.A., Inc., with

an address of 80 State Street, Albany, New York was served a Civil Action Complaint in the

above matter via the United States Postal Service, Certified Mail on July 8, 2010.  A copy of the

Certified Mail return receipt is attached hereto.


Date:   July 20, 2010                                    /s/ Robert L. Sachs, Jr._____
                                                        Robert L. Sachs, Jr.
                                                        Attorney for Plaintiffs

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired. <br> ■ Print your name and address on the reverse so that we can return the card to you. <br> ■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature <br> X     FILED   ☐ Agent   ☐ Addressee <br> B. Received by ( Printed Name)   C. Date of Delivery <br> JUL 0 6 2010 |
| 1. Article Addressed to: <br><br> Konica Minolta Business Solutions U.S.A., Inc. <br> c/o Registered Agent <br> Corporation Service Company <br> 80 State Street <br> Albany, New York, 12207 | D. Is delivery address different from item 1? ☐ Yes <br> If YES, enter delivery address below: ☐ No <br><br> CSC |
| | 3. Service Type <br> ☐ Certified Mail   ☐ Express Mail <br> ☐ Registered   ☐ Return Receipt for Merchandise <br> ☐ Insured Mail   ☐ C.O.D. <br> 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number <br> (Transfer from service label) | 7003 3110 0005 5932 6739 |

PS Form 3811, February 2004      Domestic Return Receipt      102595-02-M-1540