IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INFINITY COMPUTER PRODUCTS, INC. | : | |
| | : | |
| Plaintiff | : | Civil Action No. 10-CV-03175-LDD |
| | : | |
| | : | COMPLAINT FOR PATENT INFRINGEMENT |
| BROTHER INTERNATIONAL CORPORATION; | : | |
| CANON USA, INC.; | : | DEMAND FOR JURY TRIAL |
| DELL, INC.; | : | |
| EASTMAN KODAK COMPANY; | : | |
| EPSON AMERICA INC.; | : | |
| HEWLETT-PACKARD COMPANY; | : | |
| KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC.; | : | |
| LEXMARK INTERNATIONAL, INC.; | : | |
| OKI DATA AMERICAS, INC.; | : | |
| PANASONIC CORPORATION OF NORTH AMERICA; | : | |
| RICOH AMERICAS CORPORATION; | : | |
| SAMSUNG ELECTRONICS AMERICA, INC.; | : | |
| SHARP ELECTRONICS CORPORATION; | : | |
| TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. and | : | |
| XEROX CORPORATION, | : | |
| | : | |
| Defendants | : | |

## AFFIDAVIT OF SERVICE

This is to certify that defendant, Lexmark International, Inc., with an address of 1209 Orange Street, Wilmington, DE was served a Civil Action Complaint in the above matter via the

United States Postal Service, Certified Mail on July 9, 2010. A copy of the Certified Mail return receipt is attached hereto.

Date:   July 20, 2010                              /s/ Robert L. Sachs, Jr.
                                                   Robert L. Sachs, Jr.
                                                   Attorney for Plaintiffs

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

    Lexmark International, Inc.
    c/o Registered Agent
    The Corporation Trust Company
    Corporation Trust Center
    1209 Orange Street
    Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_    ☐ Agent  ☐ Addressee

B. Received by ( Printed Name )    C. Date of Delivery
                                    JUL 0 9 2010

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

   [postmark: JUL 12 2010 WILMINGTON DE 19801]

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7003 3110 0005 5932 6616

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540