IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC. | : |
| Plaintiff | : Civil Action No. 10-CV-03175-LDD |
| | : |
| | : COMPLAINT FOR PATENT INFRINGEMENT |
| BROTHER INTERNATIONAL CORPORATION; | : DEMAND FOR JURY TRIAL |
| CANON USA, INC.; | : |
| DELL, INC.; | : |
| EASTMAN KODAK COMPANY; | : |
| EPSON AMERICA INC.; | : |
| HEWLETT-PACKARD COMPANY; | : |
| KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC.; | : |
| LEXMARK INTERNATIONAL, INC.; | : |
| OKI DATA AMERICAS, INC.; | : |
| PANASONIC CORPORATION OF NORTH AMERICA; | : |
| RICOH AMERICAS CORPORATION; | : |
| SAMSUNG ELECTRONICS AMERICA, INC.; | : |
| SHARP ELECTRONICS CORPORATION; | : |
| TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. and XEROX CORPORATION, | : |
| Defendants | : |

## AFFIDAVIT OF SERVICE

This is to certify that defendant, Panasonic Corporation of North America, with an address of 1209 Orange Street, Wilmington, DE was served a Civil Action Complaint in the

above matter via the United States Postal Service, Certified Mail on July 9, 2010. A copy of the Certified Mail return receipt is attached hereto.

Date:   July 20, 2010                                        /s/ Robert L. Sachs, Jr.
                                                             Robert L. Sachs, Jr.
                                                             Attorney for Plaintiffs

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_ ☐ Agent ☐ Addressee<br>B. Received by ( Printed Name )   C. Date of Delivery JUL 09 2010 |
| 1. Article Addressed to:<br><br>Panasonic Corporation of North America<br>c/o Registered Agent<br>The Corporation Trust Company<br>Corporation Trust Center<br>1209 Orange Street<br>Wilmington, DE 19801 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br>[Wilmington DE postmark JUL 12]<br><br>3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered   ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0005 5932 6609 |
| PS Form 3811, February 2004   Domestic Return Receipt | 102595-02-M-1540 |