IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INFINITY COMPUTER PRODUCTS, INC. | : | |
| | : | |
| Plaintiff | : | Civil Action No. 10-CV-03175-LDD |
| | : | |
| | : | COMPLAINT FOR PATENT INFRINGEMENT |
| | : | |
| BROTHER INTERNATIONAL CORPORATION; | : | DEMAND FOR JURY TRIAL |
| CANON USA, INC.; | : | |
| DELL, INC.; | : | |
| EASTMAN KODAK COMPANY; | : | |
| EPSON AMERICA INC.; | : | |
| HEWLETT-PACKARD COMPANY; | : | |
| KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC.; | : | |
| LEXMARK INTERNATIONAL, INC.; | : | |
| OKI DATA AMERICAS, INC.; | : | |
| PANASONIC CORPORATION OF NORTH AMERICA; | : | |
| RICOH AMERICAS CORPORATION; | : | |
| SAMSUNG ELECTRONICS AMERICA, INC.; | : | |
| SHARP ELECTRONICS CORPORATION; | : | |
| TOSHIBA AMERICA BUSINESS SOLUTIONS, INC. and XEROX CORPORATION, | : | |
| | : | |
| Defendants | : | |

## AFFIDAVIT OF SERVICE

This is to certify that defendant, Samsung Electronics USA, Inc., with an address of 1209 Orange Street, Wilmington, DE was served a Civil Action Complaint in the above matter via the

United States Postal Service, Certified Mail on July 8, 2010. A copy of the Certified Mail return receipt is attached hereto.

Date:   July 20, 2010                                    /s/ Robert L. Sachs, Jr.
                                                         Robert L. Sachs, Jr.
                                                         Attorney for Plaintiffs

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Samsung Electronics USA, Inc.
   Attn: Registered Agent
   The Corporation Trust Company
   Corporation Trust Center
   1209 Orange Street
   Wilmington, DE 19801

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X [signature]  ☐ Agent  ☐ Addressee
B. Received by (Printed Name)   C. Date of Delivery: JUL 0 8 2010
D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7003 3110 0005 5932 6708

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540