IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INFINITY COMPUTER PRODUCTS, INC. | : : : | |
| Plaintiff | : : : : : : : | Civil Action No. 10-CV-03175-LDD<br><br>COMPLAINT FOR PATENT INFRINGEMENT |
| BROTHER INTERNATIONAL CORPORATION;<br>CANON USA, INC.;<br>DELL, INC.;<br>EASTMAN KODAK COMPANY;<br>EPSON AMERICA INC.;<br>HEWLETT-PACKARD COMPANY;<br>KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC.;<br>LEXMARK INTERNATIONAL, INC.;<br>OKI DATA AMERICAS, INC.;<br>PANASONIC CORPORATION OF NORTH AMERICA;<br>RICOH AMERICAS CORPORATION;<br>SAMSUNG ELECTRONICS AMERICA, INC.;<br>SHARP ELECTRONICS CORPORATION;<br>TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.<br>and<br>XEROX CORPORATION, | : : : : : : : : : : : : : : : : : : : : : : : : : : | DEMAND FOR JURY TRIAL |
| Defendants | : | |

## AFFIDAVIT OF SERVICE

This is to certify that defendant, Sharp Electronics Corporation, with an address of 111 Eighth Avenue, New York, NY was served a Civil Action Complaint in the above matter via the

United States Postal Service, Certified Mail on July 9, 2010. A copy of the Certified Mail return receipt is attached hereto.

Date:   July 20, 2010                                    /s/ Robert L. Sachs, Jr.
                                                         Robert L. Sachs, Jr.
                                                         Attorney for Plaintiffs

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Sharp Electronics Corporation
   c/o Registered Agent
   CT Corporation System
   111 Eighth Avenue
   New York, NY 10011

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   Date of Delivery
   Jill Cohen   NY SOP   2010

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No
   CT Corporation System / New Business

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)
   7003 3110 0005 5932 6715

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540