IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC.<br><br>       Plaintiff<br><br>BROTHER INTERNATIONAL CORPORATION;<br>CANON USA, INC.;<br>DELL, INC.;<br>EASTMAN KODAK COMPANY;<br>EPSON AMERICA INC.;<br>HEWLETT-PACKARD COMPANY;<br>KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC.;<br>LEXMARK INTERNATIONAL, INC.;<br>OKI DATA AMERICAS, INC.;<br>PANASONIC CORPORATION OF NORTH AMERICA;<br>RICOH AMERICAS CORPORATION;<br>SAMSUNG ELECTRONICS AMERICA, INC.;<br>SHARP ELECTRONICS CORPORATION;<br>TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.<br>and<br>XEROX CORPORATION,<br><br>       Defendants | Civil Action No. 10-CV-03175-LDD<br><br>COMPLAINT FOR PATENT INFRINGEMENT<br><br>DEMAND FOR JURY TRIAL |

## AFFIDAVIT OF SERVICE

This is to certify that defendant, Xerox Corporation, with an address of 45 Glover Avenue, Norwalk, CT was served a Civil Action Complaint in the above matter via the United

States Postal Service, Certified Mail on July 12, 2010. A copy of the Certified Mail return receipt is attached hereto.

Date:   July 20, 2010                                            /s/ Robert L. Sachs, Jr.
                                                                          Robert L. Sachs, Jr.
                                                                          Attorney for Plaintiffs

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X [signature] ☐ Agent / ☐ Addressee<br>B. Received by (Printed Name): [illegible]   C. Date of Delivery: 7/12/10 |
| 1. Article Addressed to:<br><br>Xerox Corporation<br>Attn: General Counsel<br>45 Glover Avenue<br>P.O. Box 4505<br>Norwalk, Connecticut, 06856 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☐ Certified Mail   ☐ Express Mail<br>☐ Registered      ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D. |
| | 4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 3110 0005 5932 6487 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540