# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **INFINITY COMPUTER PRODUCTS, INC.,** : | |
| : | **Civil Action** |
| **Plaintiff,** : | |
| : | **No. 10--03175** |
| v. : | |
| : | |
| **BROTHER INTERNATIONAL** : | |
| **CORPORATION, et al.,** : | |
| : | |
| **Defendants.** : | |

## NOTICE OF APPEARANCE

**TO THE CLERK:**

    Kindly enter my appearance on behalf of defendant, Dell, Inc., in the above-captioned matter.

                                       **DUANE MORRIS LLP**

Dated: July 27, 2010             BY:    /s/ Joseph A. Powers
                                               Joseph A. Powers
                                               Attorney I.D. No. 84590
                                               30 South 17th Street
                                               Philadelphia, PA  19103
                                               Phone: 215-979-1000
                                               Fax: 215-979-1020
                                               Email: JAPowers@duanemorris.com

                                               *Attorney for Defendant Dell, Inc.*

**CERTIFICATE OF SERVICE**

    I, Joseph A. Powers, hereby certify that on July 27, 2010, copy of the foregoing was emailed to the below counsel:

        Robert L. Sachs, Jr. (I.D. No. 41355)
        SHRAGER, SPIVEY, SACHS & WEINSTOCK
        2005 Market Street, Suite 2300
        One Commerce Square
        Philadelphia, PA   19103

Date:   July 27, 2010        /s/ Joseph A. Powers