LDD

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
AUG 02 2010
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

| | | |
|---|---|---|
| INFINITY COMPUTER PRODUCTS, INC. | : | |
| Plaintiff, | : | |
| | : | CIVIL ACTION NO. 10-CV-03175-LDD |
| v. | : | Judge Legrome D. Davis |
| BROTHER INTERNATIONAL CORPORATION, ET AL. | : | DOCUMENT FILED ELECTRONICALLY |
| Defendants. | : | |

RECEIVED AUG - 2 2010

**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT OKI DATA AMERICAS, INC. TO ANSWER, MOVE OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

Pursuant to Local Rule 7.4(b)(2), Plaintiff Infinity Computer Products, Inc. ("Plaintiff") and Defendant Oki Data Americas, Inc.. ("Oki Data"), by and through their undersigned counsel, hereby stipulate that Oki Data shall have an extension of thirty (30) days, until Monday, August 30, 2010, in which to answer, move, or otherwise plead in response to Plaintiff's Complaint in the above-captioned matter.

No such prior extension has been granted to Oki Data by the Court in this matter.

EXTENSION GRANTED AS STIPULATED

MICHAEL E. KUNZ
CLERK

By: Kim Williams

Date: 8/2/10

| For Plaintiff: | For Defendant Oki Data: |
|---|---|
| */s/ Robert L. Sachs, Jr./* | */s/ Marc R. Labgold/* |

Robert L. Sachs, Jr., Esq. (Pa. I.D. No. 41355)
E-mail: RSachs@shragerlaw.com
**SHRAGER, SPIVEY & SACHS**
One Commerce Square
2005 Market Street, Suite 2300
Philadelphia, PA 19103
Phone: (215) 568-7771
Facsimile: (215) 568-7495

**OF COUNSEL:**
Timothy C. Davis, Esq.
E-mail: tim@hgdlawfirm.com
Brian D. Hancock, Esq.
E-mail: bdhancock@hgdlawfirm.com
**HENINGER GARRISON & DAVIS, LLC**
2224 1st Avenue North
Birmingham, Alabama 35203
Phone: (205) 326-3336
Facsimile: (205) 326-3332

Douglas L. Bridges, Esq.
E-mail: dbridges@hgdlawfirm.com
**HENINGER GARRISON & DAVIS, LLC**
One Glenlake Parkway, Suite 700
Atlanta, GA 30328
Phone: (678) 638-6309
Facsimile: (678) 638-6142

John F. Ward, Esq
E-mail: wardj@wardolivo.com
John W. Olivo, Jr., Esq.
E-mail: olivoj@wardolivo.com
**WARD & OLIVO**
380 Madison Avenue
New York, New York 10017
Phone: (212) 697-6262
Facsimile: (212) 972-5866

Marc R. Labgold, Esq. (Dc Bar 474969)
E-mail: mlabgold@labgoldlaw.com
**NAGASHIMA & HASHIMOTO**
2-4-14 Hirakawa-cho KS Bldg, 2nd Fl.
Tokyo 102-0093
Japan
Phone: (703) 901-8860
Facsimile: (877) 401-8855

Takaaki Nagashima, Esq.
E-mail: nagashima@nandhlaw.com
**NAGASHIMA & HASHIMOTO**
2-4-14 Hirakawa-cho KS Bldg, 2nd Fl.
Tokyo 102-0093
Japan
Phone: +81 3 3239 5750
Facsimile: +81 3 3239 8538

John W. Shaw, Esq.
E-mail: jshaw@ycst.com
**YOUNG, CONAWAY, STARGATT & TAYLOR, LLP**
The Brandywine Building, 17th Floor
1000 West Street
Wilmington, DE 19801
Phone: (302) 571-6600
Facsimile: (302) 576-3334

**APPROVED ON THIS \_\_\_ DAY OF _____, 2010.**