IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INFINITY COMPUTER PRODUCTS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| | : | |
| BROTHER INTERNATIONAL CORPORATION, ET AL. | : | NO. 2:10-cv-03175 |
| | : | |

O R D E R

      AND NOW, this 13th day of August, 2010, upon review of the Court's records indicating that no responsive pleading has been filed by defendants Eastman Kodak Company, Konica Minolta Business Solutions USA, Inc. and Lexmark International, Inc. in the above-captioned matter, IT IS HEREBY ORDERED that defendants Eastman Kodak Company, Konica Minolta Business Solutions USA, Inc. and Lexmark International, Inc. shall file a pleading in response to the complaint by August 24, 2010.

      Plaintiff is directed to serve a copy of this order upon defendant by August 20, 2010.

BY THE COURT:

/S/LEGROME D. DAVIS

Legrome D. Davis, J