IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

INFINITY COMPUTER  )
PRODUCTS, INC.,  )
  )
       Plaintiff,  )
  )
    v.  )    C.A. No. 2:10-cv-3175-LDD
  )
BROTHER INTERNATIONAL  )
CORPORATION; CANON USA,  )
INC.; DELL, INC.;  )
EASTMAN KODAK COMPANY;  )
EPSON AMERICA INC;  )
HEWLETT-PACKARD COMPANY;  )
KONICA MINOLTA BUSINESS  )
SOLUTIONS, U.S.A., INC.;  )
LEXMARK INTERNATIONAL INC.;  )
OKI DATA AMERICAS, INC.;  )
PANASONIC CORPORATION  )
OF NORTH AMERICA;  )
RICOH AMERICAS CORPORATION;  )
SAMSUNG ELECTRONICS  )
AMERICA, INC.;  )
SHARP ELECTRONICS  )
CORPORATION;  )
TOSHIBA AMERICA BUSINESS  )
SOLUTIONS, INC.; and  )
XEROX CORPORATION,  )
  )
       Defendants.  )
_____

## DEFENDANT OKI DATA AMERICAS, INC.'S
## ANSWER TO THE AMENDED COMPLAINT

Defendant Oki Data Americas, Inc. ("Oki Data"), by and through its undersigned

counsel, hereby answers the Amended Complaint of plaintiff Infinity Computer Products,

Inc. ("Infinity" or "Plaintiff").  Oki Data demands a jury trial on all issues so triable.

## THE PARTIES

1.        Upon information and belief, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 1, and therefore denies the same.

2.        Paragraph 2 does not require a response from Oki Data.  To the extent that Paragraph 2 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 2, and therefore denies the same.

3.        Paragraph 3 does not require a response from Oki Data.  To the extent that Paragraph 3 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 3, and therefore denies the same.

4.        Paragraph 4 does not require a response from Oki Data.  To the extent that Paragraph 4 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 4, and therefore denies the same.

5.        Paragraph 5 does not require a response from Oki Data.  To the extent that Paragraph 5 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 5, and therefore denies the same.

6.        Paragraph 6 does not require a response from Oki Data.  To the extent that Paragraph 6 is deemed to require a response from Oki Data, Oki Data is without

069719.1001

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 6, and therefore denies the same.

7.      Paragraph 7 does not require a response from Oki Data.  To the extent that Paragraph 7 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 7, and therefore denies the same.

8.      Paragraph 8 does not require a response from Oki Data.  To the extent that Paragraph 8 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 8, and therefore denies the same.

9.      Paragraph 9 does not require a response from Oki Data.  To the extent that Paragraph 9 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9, and therefore denies the same.

10.      Admitted.

11.       Paragraph 11 does not require a response from Oki Data.  To the extent that Paragraph 11 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11, and therefore denies the same.

12.      Paragraph 12 does not require a response from Oki Data.  To the extent that Paragraph 12 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 12, and therefore denies the same.

YCST01:10916275.2                                                  069719.1001

13.     Paragraph 13 does not require a response from Oki Data.  To the extent that Paragraph 13 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 13, and therefore denies the same.

14.     Paragraph 14 does not require a response from Oki Data.  To the extent that Paragraph 14 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 14, and therefore denies the same.

15.     Paragraph 15 does not require a response from Oki Data.  To the extent that Paragraph 15 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 15, and therefore denies the same.

16.     Paragraph 16 does not require a response from Oki Data.  To the extent that Paragraph 16 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 16, and therefore denies the same.

## JURISDICTION AND VENUE

17.     Oki Data admits that Plaintiff purports to assert a civil action for patent infringement, damages, and injunctive relief under the patent laws of the United States, 35 U.S.C. § 1 *et seq.*

18.     Oki Data admits that this Court has jurisdiction under 28 U.S.C. §§ 1331 and 1338(a).

YCST01:10916275.2                    069719.1001

19.     Oki Data admits that venue is proper in this judicial district pursuant to 28 U.S.C. § 1400(b) and 28 U.S.C. 1391(b) and (c) but denies that venue is convenient.

20.     Paragraph 20 does not require a response from Oki Data.  To the extent that Paragraph 20 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 20, and therefore denies the same.

21.     Paragraph 21 does not require a response from Oki Data.  To the extent that Paragraph 21 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 21, and therefore denies the same.

22.     Paragraph 22 does not require a response from Oki Data.  To the extent that Paragraph 22 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23, and therefore denies the same.

23.     Paragraph 23 does not require a response from Oki Data.  To the extent that Paragraph 23 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 23, and therefore denies the same.

24.     Paragraph 24 does not require a response from Oki Data.  To the extent that Paragraph 24 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 24, and therefore denies the same.

YCST01:10916275.2                                                                                                      069719.1001

25.     Paragraph 25 does not require a response from Oki Data.  To the extent that Paragraph 25 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 25, and therefore denies the same.

26.     Paragraph 26 does not require a response from Oki Data.  To the extent that Paragraph 26 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 26, and therefore denies the same.

27.     Paragraph 27 does not require a response from Oki Data.  To the extent that Paragraph 27 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 27, and therefore denies the same.

28.     Oki Data consents to personal jurisdiction for the limited purpose of this lawsuit only.  Oki Data denies the remaining allegations of Paragraph 28.

29.     Paragraph 29 does not require a response from Oki Data.  To the extent that Paragraph 29 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 29, and therefore denies the same.

30.     Paragraph 30 does not require a response from Oki Data.  To the extent that Paragraph 30 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 30, and therefore denies the same.

31.     Paragraph 31 does not require a response from Oki Data.  To the extent that Paragraph 31 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 31, and therefore denies the same.

32.     Paragraph 32 does not require a response from Oki Data.  To the extent that Paragraph 32 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 32, and therefore denies the same.

33.     Paragraph 33 does not require a response from Oki Data.  To the extent that Paragraph 33 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 33, and therefore denies the same.

34.     Paragraph 34 does not require a response from Oki Data.  To the extent that Paragraph 34 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 34, and therefore denies the same.

## FACTUAL BACKGROUND

35.     Oki Data admits that on May 17, 2005, the U.S. Patent and Trademark Office issued U.S. Patent 6,894,811 (the "'811 Patent"), entitled "Interface Circuit for Utilizing a Facsimile Coupled to a PC as a Scanner or Printer."  Oki Data admits that attached to the Complaint is what appears to be a copy of the '811 Patent.  Oki Data denies that the '811 Patent was duly and legally issued.

36. Oki Data admits that on February 10, 2009, the U.S. Patent and Trademark Office issued U.S. Patent 7,489,423 (the "'423 Patent"), entitled "Interface Circuit for Utilizing a Facsimile Machine Coupled to a PC as a Scanner or Printer." Oki Data admits that attached to the Complaint is what appears to be a copy of the '423 Patent. Oki Data denies that the '423 Patent was duly and legally issued.

37. Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 37, and therefore denies the same.

## COUNT ONE

38. Oki Data repeats and incorporates by reference Paragraphs 1 through 37 above.

39. Paragraph 39 does not require a response from Oki Data. To the extent that Paragraph 39 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 39, and therefore denies the same.

40. Paragraph 40 does not require a response from Oki Data. To the extent that Paragraph 40 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 40, and therefore denies the same.

41. Paragraph 41 does not require a response from Oki Data. To the extent that Paragraph 41 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 41, and therefore denies the same.

42.      Paragraph 42 does not require a response from Oki Data.  To the extent that Paragraph 42 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 42, and therefore denies the same.

43.      Paragraph 43 does not require a response from Oki Data.  To the extent that Paragraph 43 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 43, and therefore denies the same.

44.      Paragraph 44 does not require a response from Oki Data.  To the extent that Paragraph 44 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 44, and therefore denies the same.

45.      Paragraph 45 does not require a response from Oki Data.  To the extent that Paragraph 45 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 45, and therefore denies the same.

46.      Paragraph 46 does not require a response from Oki Data.  To the extent that Paragraph 46 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 46, and therefore denies the same.

47.      Paragraph 47 does not require a response from Oki Data.  To the extent that Paragraph 47 is deemed to require a response from Oki Data, Oki Data is without

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 47, and therefore denies the same.

48.     Paragraph 48 does not require a response from Oki Data.  To the extent that Paragraph 48 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 48, and therefore denies the same.

49.     Paragraph 49 does not require a response from Oki Data.  To the extent that Paragraph 49 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 49, and therefore denies the same.

50.     Paragraph 50 does not require a response from Oki Data.  To the extent that Paragraph 50 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 50, and therefore denies the same.

51.     Paragraph 51 does not require a response from Oki Data.  To the extent that Paragraph 51 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 51, and therefore denies the same.

52.     Paragraph 52 does not require a response from Oki Data.  To the extent that Paragraph 52 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 52, and therefore denies the same.

53.     Paragraph 53 does not require a response from Oki Data.  To the extent that Paragraph 53 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 53, and therefore denies the same.

54.     Paragraph 54 does not require a response from Oki Data.  To the extent that Paragraph 54 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 54, and therefore denies the same.

55.     Paragraph 55 does not require a response from Oki Data.  To the extent that Paragraph 55 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 55, and therefore denies the same.

56.     Paragraph 56 does not require a response from Oki Data.  To the extent that Paragraph 56 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 56, and therefore denies the same.

57.     Paragraph 57 does not require a response from Oki Data.  To the extent that Paragraph 57 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 57, and therefore denies the same.

58.     Paragraph 58 does not require a response from Oki Data.  To the extent that Paragraph 58 is deemed to require a response from Oki Data, Oki Data is without

069719.1001

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 58, and therefore denies the same.

59.     Paragraph 59 does not require a response from Oki Data.  To the extent that Paragraph 59 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 59, and therefore denies the same.

60.     Paragraph 60 does not require a response from Oki Data.  To the extent that Paragraph 60 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 60, and therefore denies the same.

61.     Paragraph 61 does not require a response from Oki Data.  To the extent that Paragraph 61 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 61, and therefore denies the same.

62.     Paragraph 62 does not require a response from Oki Data.  To the extent that Paragraph 62 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 62, and therefore denies the same.

63.     Paragraph 63 does not require a response from Oki Data.  To the extent that Paragraph 63 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 63, and therefore denies the same.

YCST01:10916275.2                                                                 069719.1001

64.     Paragraph 64 does not require a response from Oki Data.  To the extent that Paragraph 64 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 64, and therefore denies the same.

65.     Paragraph 65 does not require a response from Oki Data.  To the extent that Paragraph 65 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 65, and therefore denies the same.

66.     Paragraph 66 does not require a response from Oki Data.  To the extent that Paragraph 66 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 66, and therefore denies the same.

67.     Paragraph 67 does not require a response from Oki Data.  To the extent that Paragraph 67 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 67, and therefore denies the same.

68.     Paragraph 68 does not require a response from Oki Data.  To the extent that Paragraph 68 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 68, and therefore denies the same.

69.     Paragraph 69 does not require a response from Oki Data.  To the extent that Paragraph 69 is deemed to require a response from Oki Data, Oki Data is without

069719.1001

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 69, and therefore denies the same.

70.     Paragraph 70 does not require a response from Oki Data.  To the extent that Paragraph 70 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 70, and therefore denies the same.

71.     Paragraph 71 does not require a response from Oki Data.  To the extent that Paragraph 71 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 71, and therefore denies the same.

72.     Paragraph 72 does not require a response from Oki Data.  To the extent that Paragraph 72 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 72, and therefore denies the same.

73.     Oki Data admits that it offered for sale and sold the MC160 product.  The remaining allegations of Paragraph 73 are denied.

74.     Denied.

75.     Denied.

76.     Paragraph 76 does not require a response from Oki Data.  To the extent that Paragraph 76 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 76, and therefore denies the same.

YCST01:10916275.2                                                                                                   069719.1001

77.     Paragraph 77 does not require a response from Oki Data.  To the extent that Paragraph 77 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 77, and therefore denies the same.

78.     Paragraph 78 does not require a response from Oki Data.  To the extent that Paragraph 78 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 78, and therefore denies the same.

79.     Paragraph 79 does not require a response from Oki Data.  To the extent that Paragraph 79 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 79, and therefore denies the same.

80.     Paragraph 80 does not require a response from Oki Data.  To the extent that Paragraph 80 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 80, and therefore denies the same.

81.     Paragraph 81 does not require a response from Oki Data.  To the extent that Paragraph 81 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 81, and therefore denies the same.

82.     Paragraph 82 does not require a response from Oki Data.  To the extent that Paragraph 82 is deemed to require a response from Oki Data, Oki Data is without

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 82, and therefore denies the same.

83.     Paragraph 83 does not require a response from Oki Data.  To the extent that Paragraph 83 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 83, and therefore denies the same.

84.     Paragraph 84 does not require a response from Oki Data.  To the extent that Paragraph 84 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 84, and therefore denies the same.

85.     Paragraph 85 does not require a response from Oki Data.  To the extent that Paragraph 85 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 85, and therefore denies the same.

86.     Paragraph 86 does not require a response from Oki Data.  To the extent that Paragraph 86 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 86, and therefore denies the same.

87.     Paragraph 87 does not require a response from Oki Data.  To the extent that Paragraph 87 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 87, and therefore denies the same.

YCST01:10916275.2                                                          069719.1001

88.     Paragraph 88 does not require a response from Oki Data.  To the extent that Paragraph 88 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 88, and therefore denies the same.

89.     Paragraph 89 does not require a response from Oki Data.  To the extent that Paragraph 89 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 89, and therefore denies the same.

90.     Paragraph 90 does not require a response from Oki Data.  To the extent that Paragraph 90 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 90, and therefore denies the same.

91.     Paragraph 91 does not require a response from Oki Data.  To the extent that Paragraph 91 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 91, and therefore denies the same.

92.     Paragraph 92 does not require a response from Oki Data.  To the extent that Paragraph 92 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 92, and therefore denies the same.

93.     Paragraph 93 does not require a response from Oki Data.  To the extent that Paragraph 93 is deemed to require a response from Oki Data, Oki Data is without

YCST01:10916275.2                                   069719.1001

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 93, and therefore denies the same.

94.     Paragraph 94 does not require a response from Oki Data.  To the extent that Paragraph 94 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 94, and therefore denies the same.

95.     Paragraph 95 does not require a response from Oki Data.  To the extent that Paragraph 95 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 95, and therefore denies the same.

96.     Paragraph 96 does not require a response from Oki Data.  To the extent that Paragraph 96 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 96, and therefore denies the same.

97.     Paragraph 97 does not require a response from Oki Data.  To the extent that Paragraph 97 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 97, and therefore denies the same.

98.     Paragraph 98 does not require a response from Oki Data.  To the extent that Paragraph 98 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 98, and therefore denies the same.

99.     Paragraph 99 does not require a response from Oki Data.  To the extent that Paragraph 99 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 99, and therefore denies the same.

100.    Paragraph 100 does not require a response from Oki Data.  To the extent that Paragraph 100 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 100, and therefore denies the same.

101.    Paragraph 101 does not require a response from Oki Data.  To the extent that Paragraph 101 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 101, and therefore denies the same.

102.    Paragraph 102 does not require a response from Oki Data.  To the extent that Paragraph 102 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 102 and therefore denies the same.

103.    Paragraph 103 does not require a response from Oki Data.  To the extent that Paragraph 103 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 103, and therefore denies the same.

104.    Paragraph 104 does not require a response from Oki Data.  To the extent that Paragraph 104 is deemed to require a response from Oki Data, Oki Data is without

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 104, and therefore denies the same.

105.    Paragraph 105 does not require a response from Oki Data.  To the extent that Paragraph 105 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 105, and therefore denies the same.

106.    Paragraph 106 does not require a response from Oki Data.  To the extent that Paragraph 106 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 106, and therefore denies the same.

107.    Paragraph 107 does not require a response from Oki Data.  To the extent that Paragraph 107 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 107, and therefore denies the same.

108.    Paragraph 108 does not require a response from Oki Data.  To the extent that Paragraph 108 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 108, and therefore denies the same.

109.    Paragraph 109 does not require a response from Oki Data.  To the extent that Paragraph 109 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 109, and therefore denies the same.

110.    Paragraph 110 does not require a response from Oki Data.  To the extent that Paragraph 110 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 110, and therefore denies the same.

111.    Paragraph 111 does not require a response from Oki Data.  To the extent that Paragraph 111 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 111, and therefore denies the same.

112.    Paragraph 112 does not require a response from Oki Data.  To the extent that Paragraph 112 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 112, and therefore denies the same.

113.    Paragraph 113 does not require a response from Oki Data.  To the extent that Paragraph 113 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 113, and therefore denies the same.

114.    Paragraph 114 does not require a response from Oki Data.  To the extent that Paragraph 114 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 114, and therefore denies the same.

115.    Paragraph 115 does not require a response from Oki Data.  To the extent that Paragraph 115 is deemed to require a response from Oki Data, Oki Data is without

YCST01:10916275.2                                                     069719.1001

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 115, and therefore denies the same.

116.   Paragraph 116 does not require a response from Oki Data.  To the extent that Paragraph 116 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 116, and therefore denies the same.

117.   Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations against defendants other than Oki Data in Paragraph 117, and therefore denies the same.  Oki Data denies any allegations in Paragraph 117 against Oki Data.

## **COUNT TWO**

118.   Oki Data repeats and incorporates by reference Paragraphs 1 through 117 above.

119.   Paragraph 120 does not require a response from Oki Data.  To the extent that Paragraph 120 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120, and therefore denies the same.

120.   Paragraph 120 does not require a response from Oki Data.  To the extent that Paragraph 120 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 120, and therefore denies the same.

121.   Paragraph 121 does not require a response from Oki Data.  To the extent that Paragraph 121 is deemed to require a response from Oki Data, Oki Data is without

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 121, and therefore denies the same.

122.    Paragraph 122 does not require a response from Oki Data.  To the extent that Paragraph 122 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 122, and therefore denies the same.

123.    Paragraph 123 does not require a response from Oki Data.  To the extent that Paragraph 123 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 123, and therefore denies the same.

124.    Paragraph 124 does not require a response from Oki Data.  To the extent that Paragraph 124 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 124, and therefore denies the same.

125.    Paragraph 125 does not require a response from Oki Data.  To the extent that Paragraph 125 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 125, and therefore denies the same.

126.    Paragraph 126 does not require a response from Oki Data.  To the extent that Paragraph 126 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 126, and therefore denies the same.

YCST01:10916275.2                                                                    069719.1001

127.    Paragraph 127 does not require a response from Oki Data.  To the extent that Paragraph 127 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 127, and therefore denies the same.

128.    Paragraph 128 does not require a response from Oki Data.  To the extent that Paragraph 128 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 128, and therefore denies the same.

129.    Paragraph 129 does not require a response from Oki Data.  To the extent that Paragraph 129 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 129, and therefore denies the same.

130.    Paragraph 130 does not require a response from Oki Data.  To the extent that Paragraph 130 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 130, and therefore denies the same.

131.    Paragraph 131 does not require a response from Oki Data.  To the extent that Paragraph 131 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 131, and therefore denies the same.

132.    Paragraph 132 does not require a response from Oki Data.  To the extent that Paragraph 132 is deemed to require a response from Oki Data, Oki Data is without

YCST01:10916275.2                                          069719.1001

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 132, and therefore denies the same.

133.    Paragraph 133 does not require a response from Oki Data.  To the extent that Paragraph 133 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 133, and therefore denies the same.

134.    Paragraph 134 does not require a response from Oki Data.  To the extent that Paragraph 134 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 134, and therefore denies the same.

135.    Paragraph 135 does not require a response from Oki Data.  To the extent that Paragraph 135 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 135, and therefore denies the same.

136.    Paragraph 136 does not require a response from Oki Data.  To the extent that Paragraph 136 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 136, and therefore denies the same.

137.    Paragraph 137 does not require a response from Oki Data.  To the extent that Paragraph 137 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 137, and therefore denies the same.

YCST01:10916275.2                                                                                  069719.1001

138.     Paragraph 138 does not require a response from Oki Data.  To the extent that Paragraph 138 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 138, and therefore denies the same.

139.     Paragraph 139 does not require a response from Oki Data.  To the extent that Paragraph 139 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 139, and therefore denies the same.

140.     Paragraph 140 does not require a response from Oki Data.  To the extent that Paragraph 140 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 140, and therefore denies the same.

141.     Paragraph 141 does not require a response from Oki Data.  To the extent that Paragraph 141 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 141, and therefore denies the same.

142.     Paragraph 142 does not require a response from Oki Data.  To the extent that Paragraph 142 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 142, and therefore denies the same.

143.     Paragraph 143 does not require a response from Oki Data.  To the extent that Paragraph 143 is deemed to require a response from Oki Data, Oki Data is without

YCST01:10916275.2                                                        069719.1001

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 143, and therefore denies the same.

144.    Paragraph 144 does not require a response from Oki Data.  To the extent that Paragraph 144 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 144, and therefore denies the same.

145.    Paragraph 145 does not require a response from Oki Data.  To the extent that Paragraph 145 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 145, and therefore denies the same.

146.    Paragraph 146 does not require a response from Oki Data.  To the extent that Paragraph 146 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 146, and therefore denies the same.

147.    Paragraph 147 does not require a response from Oki Data.  To the extent that Paragraph 147 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 147, and therefore denies the same.

148.    Paragraph 148 does not require a response from Oki Data.  To the extent that Paragraph 148 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 148, and therefore denies the same.

YCST01:10916275.2                                                                                                069719.1001

149.     Paragraph 149 does not require a response from Oki Data.  To the extent that Paragraph 149 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 149, and therefore denies the same.

150.     Paragraph 150 does not require a response from Oki Data.  To the extent that Paragraph 150 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 150, and therefore denies the same.

151.     Paragraph 151 does not require a response from Oki Data.  To the extent that Paragraph 151 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 151, and therefore denies the same.

152.     Paragraph 152 does not require a response from Oki Data.  To the extent that Paragraph 152 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 152, and therefore denies the same.

153.     Oki Data admits that it has offered for sale and sold the MC160 product. The remaining allegations of Paragraph 153 are denied.

154.     Denied.

155.     Denied.

156.     Paragraph 156 does not require a response from Oki Data.  To the extent that Paragraph 156 is deemed to require a response from Oki Data, Oki Data is without

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 156, and therefore denies the same.

157.    Paragraph 157 does not require a response from Oki Data.  To the extent that Paragraph 157 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 157, and therefore denies the same.

158.    Paragraph 158 does not require a response from Oki Data.  To the extent that Paragraph 158 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 158, and therefore denies the same.

159.    Paragraph 159 does not require a response from Oki Data.  To the extent that Paragraph 159 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 159, and therefore denies the same.

160.    Paragraph 160 does not require a response from Oki Data.  To the extent that Paragraph 160 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 160, and therefore denies the same.

161.    Paragraph 161 does not require a response from Oki Data.  To the extent that Paragraph 161 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 161, and therefore denies the same.

162.    Paragraph 162 does not require a response from Oki Data.  To the extent that Paragraph 162 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 162, and therefore denies the same.

163.    Paragraph 163 does not require a response from Oki Data.  To the extent that Paragraph 163 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 163, and therefore denies the same.

164.    Paragraph 164 does not require a response from Oki Data.  To the extent that Paragraph 164 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 164, and therefore denies the same.

165.    Paragraph 165 does not require a response from Oki Data.  To the extent that Paragraph 165 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 165, and therefore denies the same.

166.    Paragraph 166 does not require a response from Oki Data.  To the extent that Paragraph 166 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 166, and therefore denies the same.

167.    Paragraph 167 does not require a response from Oki Data.  To the extent that Paragraph 167 is deemed to require a response from Oki Data, Oki Data is without

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 167, and therefore denies the same.

168.    Paragraph 168 does not require a response from Oki Data.  To the extent that Paragraph 168 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 168, and therefore denies the same.

169.    Paragraph 169 does not require a response from Oki Data.  To the extent that Paragraph 169 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 169, and therefore denies the same.

170.    Paragraph 170 does not require a response from Oki Data.  To the extent that Paragraph 170 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 170, and therefore denies the same.

171.    Paragraph 171 does not require a response from Oki Data.  To the extent that Paragraph 171 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 171, and therefore denies the same.

172.    Paragraph 172 does not require a response from Oki Data.  To the extent that Paragraph 172 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 172, and therefore denies the same.

YCST01:10916275.2                                                                          069719.1001

173.     Paragraph 173 does not require a response from Oki Data.  To the extent that Paragraph 173 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 173, and therefore denies the same.

174.     Paragraph 174 does not require a response from Oki Data.  To the extent that Paragraph 174 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 174, and therefore denies the same.

175.     Paragraph 175 does not require a response from Oki Data.  To the extent that Paragraph 175 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 175, and therefore denies the same.

176.     Paragraph 176 does not require a response from Oki Data.  To the extent that Paragraph 176 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 176, and therefore denies the same.

177.     Paragraph 177 does not require a response from Oki Data.  To the extent that Paragraph 177 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 177, and therefore denies the same.

178.     Paragraph 178 does not require a response from Oki Data.  To the extent that Paragraph 178 is deemed to require a response from Oki Data, Oki Data is without

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 178, and therefore denies the same.

179.     Paragraph 179 does not require a response from Oki Data.  To the extent that Paragraph 179 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 179, and therefore denies the same.

180.     Paragraph 180 does not require a response from Oki Data.  To the extent that Paragraph 180 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 180, and therefore denies the same.

181.     Paragraph 181 does not require a response from Oki Data.  To the extent that Paragraph 181 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 181, and therefore denies the same.

182.     Paragraph 182 does not require a response from Oki Data.  To the extent that Paragraph 182 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 182, and therefore denies the same.

183.     Paragraph 183 does not require a response from Oki Data.  To the extent that Paragraph 183 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 183, and therefore denies the same.

184.     Paragraph 184 does not require a response from Oki Data.  To the extent that Paragraph 184 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 184, and therefore denies the same.

185.     Paragraph 185 does not require a response from Oki Data.  To the extent that Paragraph 185 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 185, and therefore denies the same.

186.     Paragraph 186 does not require a response from Oki Data.  To the extent that Paragraph 186 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 186, and therefore denies the same.

187.     Paragraph 187 does not require a response from Oki Data.  To the extent that Paragraph 187 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 187, and therefore denies the same.

188.     Paragraph 188 does not require a response from Oki Data.  To the extent that Paragraph 188 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 188, and therefore denies the same.

189.     Paragraph 189 does not require a response from Oki Data.  To the extent that Paragraph 189 is deemed to require a response from Oki Data, Oki Data is without

knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 189, and therefore denies the same.

190.    Paragraph 190 does not require a response from Oki Data.  To the extent that Paragraph 190 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 190, and therefore denies the same.

191.    Paragraph 191 does not require a response from Oki Data.  To the extent that Paragraph 191 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 191, and therefore denies the same.

192.    Paragraph 192 does not require a response from Oki Data.  To the extent that Paragraph 192 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 192, and therefore denies the same.

193.    Paragraph 193 does not require a response from Oki Data.  To the extent that Paragraph 193 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 193, and therefore denies the same.

194.    Paragraph 194 does not require a response from Oki Data.  To the extent that Paragraph 194 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 194, and therefore denies the same.

195.    Paragraph 195 does not require a response from Oki Data.  To the extent that Paragraph 195 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 195, and therefore denies the same.

196.    Paragraph 196 does not require a response from Oki Data.  To the extent that Paragraph 196 is deemed to require a response from Oki Data, Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 196, and therefore denies the same.

197.    Oki Data is without knowledge or information sufficient to form a belief as to the truth of the allegations against defendants other than Oki Data in Paragraph 197, and therefore denies the same.  Oki Data denies any allegations in Paragraph 197 against Oki Data.

## AFFIRMATIVE DEFENSES

Further answering the Amended Complaint, Oki Data asserts the following defenses, undertaking the burden of proof on such defenses only to the extent required by law.  Oki Data reserves its right to amend its Answer with additional defenses as more information is obtained.

## FIRST DEFENSE
### (Failure to State a Claim)

198.    With respect to each purported claim for relief alleged in the Amended Complaint, Plaintiff fails to state a claim against Oki Data upon which relief may be granted.

YCST01:10916275.2                                                                                    069719.1001

**SECOND DEFENSE**
**(Non-Infringement of the '811 Patent)**

199.    Oki Data has not infringed, contributed to the infringement of, or induced

the infringement of any valid claim of the '811 patent, and is not liable for infringement

thereof.

**THIRD DEFENSE**
**(Invalidity of the '811 Patent)**

200.    On information and belief, the claims of the '811 patent are invalid for

failing to comply with the provisions of the patent laws of the United States, including

without limitation one or more of 35 U.S.C. §§ 101, 102, 103 and 112.

**FOURTH DEFENSE**
**(Non-Infringement of the '423 Patent)**

201.    Oki Data has not infringed, contributed to the infringement of, or induced

the infringement of any valid claim of the '423 patent, and Oki Data is not liable for

infringement thereof.

**FIFTH DEFENSE**
**(Invalidity of the '423 Patent)**

202.    On information and belief, the claims of the '423 patent are invalid for

failing to comply with the provisions of the patent laws of the United States, including

without limitation one or more of 35 U.S.C. §§ 101, 102, 103 and 112.

**SIXTH DEFENSE**
**(Prosecution History Estoppel)**

203.    By reason of positions taken during prosecution of the applications for the

'811 and '423 patents and related patents, such as U.S. Patent No. 5,530,558, Plaintiff is

069719.1001

estopped and otherwise barred from asserting that any claim of said patents cover, either literally or by the doctrine of equivalents, any product or method performed by Oki Data.

### SEVENTH DEFENSE
### (Limitation on Damages)

204.    Upon information and belief, Plaintiff's claims for recovery are barred or limited, in whole or in part, under 35 U.S.C. §§ 286 and 287.

### EIGHTH DEFENSE
### (License)

205.    Upon information and belief, Plaintiff's claims for recovery are barred or limited, in whole or in part, on the ground that the accused products are licensed.

### PRAYER FOR RELIEF

WHEREFORE, Defendant Oki Data Americas, Inc. respectfully requests that the Court enter judgment:

A.      In favor of Oki Data Americas, Inc., and against plaintiff Infinity Computer Products, Inc., on all claims and causes of action;

B.      Dismissing the complaint against Oki Data Americas, Inc., with prejudice;

C.      Awarding Oki Data Americas, Inc. its attorneys' fees and costs on grounds that this is an exceptional case under 35 U.S.C. § 285;

D.      Awarding Oki Data Americas, Inc. its costs; and

E.      Awarding Oki Data Americas, Inc. any and all other relief to which it is entitled and which the Court deems just and appropriate.

**JURY DEMAND**

Oki Data respectfully demands a trial by jury on all claims so triable.

YOUNG CONAWAY STARGATT & TAYLOR, LLP

/s/ *Michele Sherretta Budicak*

OF COUNSEL:                                          Michele Sherretta Budicak (PA Bar No. 94942)
                                                    mbudicak@ycst.com
NAGASHIMA & HASHIMOTO                                1000 West Street, 17th Floor
Marc R. Labgold                                     Wilmington, DE 19801
drlabgold@aol.com                                   Telephone: (302) 571-6600
Hirakawa-cho KS Bldg. 2nd Floor                     Facsimile: (302) 571-1253
2-4-14 Hirakawa-cho, Chiyoda-ku
Tokyo                                               *Attorneys for Defendant Oki Data Americas, Inc.*
102-0093 Japan
Telephone: 81-3-3239-5750
Facsimile: 81-3-3239-8538

Dated:  April 4, 2011

YCST01:10916275.2                                                            069719.1001

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| Infinity Computer Products, Inc. | ) | |
| *Plaintiff,* | ) | |
| v. | ) | C.A. No. 2:10-cv-03175-LDD |
| | ) | |
| Brother International Corporation, et al. | ) | |
| *Defendants.* | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on April 4, 2011, a copy of the forgoing document was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court.


*/s/ Michele Sherretta Budicak*
Michele Sherretta Budicak (Bar No. 94942)

Oki Data Americas, Inc.
*Moving Party*