IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INFINITY COMPUTER PRODUCTS, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 10-3175-LDD |
| | ) | |
| BROTHER INTERNATIONAL CORPORATION, *et al.*, | ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF ENTRY OF APPEARANCE

Please enter my appearance for Defendant Oki Data Americas, Inc. in the above captioned matter.

|  |  |
|---|---|
|  | SHAW KELLER LLP |
|  | /s/ John W. Shaw |
| OF COUNSEL: | John W. Shaw (No. 75738) |
| Marc R. Labgold, Ph.D. | 300 Delaware Ave., Suite 1120 |
| NAGASHIMA & HASHIMOTO | Wilmington, DE 19801 |
| Hirakawa-cho KS Bldg., 2nd Floor | (302) 298-0700 |
| 2-4-14 Hirakawa-cho, Chiyoda-ku | jshaw@shawkeller.com |
| Tokyo 102-0093 Japan | *Attorney for Oki Data Americas, Inc.* |

June 20, 2012