## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC. <br><br> Plaintiff, <br><br> v. <br><br> BROTHER INTERNATIONAL CORPORATION; CANON USA, INC.; DELL, INC.; EASTMAN KODAK COMPANY; EPSON AMERICA INC.; HEWLETT-PACKARD COMPANY; KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC.; LEXMARK INTERNATIONAL, INC.; OKI DATA AMERICAS, INC.; PANASONIC CORPORATION OF NORTH AMERICA; RICOH AMERICAS CORPORATION; SAMSUNG ELECTRONICS AMERICA, INC.; SHARP ELECTRONICS CORPORATION; TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.; and XEROX CORPORATION, <br><br> Defendants. | C.A. No. 2:10-cv-03175-LDD <br><br> DEMAND FOR JURY TRIAL |

## CERTAIN DEFENDANTS' RENEWED MOTION TO DISMISS OR SEVER BASED ON MISJOINDER

Defendants Canon U.S.A., Inc., Epson America Inc., Hewlett Packard Company, Konica Minolta Business Solutions, U.S.A., Inc., Lexmark International, Inc., Oki Data Americas, Inc., Panasonic Corporation of North America, Ricoh Americas Corporation, and Toshiba America Business Solutions, Inc. (hereinafter, "Defendants"), by and through their counsel, hereby move this Court to declare the Defendants misjoined under Federal Rule of Civil Procedure 20(a)(2) and to dismiss Defendants without prejudice, or in the alternative to sever Plaintiff's claims against Defendants, pursuant to Federal Rule of Civil Procedure 21.

The grounds for Defendants' motion are set forth in the accompanying Memorandum of Law filed herewith.  For the reasons set forth therein, Defendants respectfully request that this Renewed Motion to Dismiss or Sever Based on Misjoinder be granted and Plaintiff's claims against Defendants be dismissed without prejudice, or in the alternative severed.

Respectfully submitted, this 5th day of October, 2012.

***Attorneys for Defendant Canon U.S.A., Inc.:***

*/s/ Brian L. Klock, Esq.*
Nicholas M. Cannella, Esq.
FITZPATRICK, CELLA, HARPER & SCINTO
1290 Avenue of the Americas
New York, NY 10104-3800

Brian L. Klock, Esq.
FITZPATRICK, CELLA, HARPER & SCINTO
975 F. Street NW
Washington, D.C.  20004

Alexander Kerr, Esq.
MCCARTER & ENGLISH, LLP
BNY Mellon Center
1735 Market Street, Suite 700
Philadelphia, PA 19103-7501

***Attorneys for Defendant Epson America, Inc.:***

*/s/ Charles J. Bloom, Esq.*
Charles J. Bloom, Esq.
Joseph E. Wolfson, Esq.
STEVENS & LEE PC
620 Freedom Business Center, Suite 200
King of Prussia, PA 19406

A. James Ibester, Esq.
Robert Tadlock, Esq.
KILPATRICK, TOWNSHEND & STOCKTON, LLP
Two Embarcadero Center, Eighth Floor
San Francisco, CA  94111

*Attorneys for Defendant Hewlett-Packard Company:*

*/s/ John V. Gorman, Esq.*
Kell M. Damsgaard, Esq.
John V. Gorman, Esq.
Diana P. Cortes, Esq.
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103-2921

Nathan W. McCutcheon, Esq.
Mark W. Taylor, Esq.
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Ave., NW
Washington, DC 20004-2541

*Attorneys for Defendant Konica Minolta Business Solutions, U.S.A., Inc.:*

*/s/ Antranig Baronian, Esq.*
Antranig Baronian, Esq.
PAUL & PAUL
2000 Market Street, Suite 2900
Philadelphia, PA  19103

Sten A. Jensen, Esq.
Steven. J. Routh, Esq.
Timothy Vann Pearce, Jr., Esq.
ORRICK HERRINGTON & SUTCLIFFE LLP
1152 15th Street NW
Washington, D.C.  20005

3

*Attorneys for Defendant Lexmark International, Inc.:*

*/s/ Louis DiSanto, Esq.*
Paul J. Kennedy, Esq.
PEPPER HAMILTON LLP
3000 Two Logan Square
18th & Arch Streets
Philadelphia, PA  19103

Louis DiSanto, Esq.
Timothy C. Meece, Esq.
V. Bryan Medlock, Jr., Esq.
Jason Shull, Esq.
BANNER & WITCOFF, LTD.
Ten South Wacker Drive
Suite 3000
Chicago, IL 60606-7407

Bradley Wright, Esq.
BANNER & WITCOFF, LTD.
1100 13th Street, NW
Suite 1200
Washington, DC 20005-4051

*Attorneys for Oki Data Americas, Inc.:*

/s/ *Marc R. Labgold*
John W. Shaw
Shaw Keller LLP
300 Delware Avenue, Suite 1120
Wilmington, DE 19801

Marc R. Labgold
NAGASHIMA & HASHIMOTO
Hirakawa-cho KS Bldg. 2nd Floor
2-4-14 Hirakawa-cho, Chiyoda-ku
Tokyo
102-0093 Japan

*Attorneys for Defendant Panasonic Corporation of North America:*

*/s/ Michael J. Fink, Esq.*
Neil F. Greenblum, Esq.
Michael J. Fink, Esq.
P. Branko Pejic, Esq.
GREENBLUM & BERNSTEIN PLC
1950 Roland Clarke Place
Reston, VA  20191

Philip D. Priore, Esq.
MCCORMICK & PRIORE PC
Four Penn Center, Suite 800
1600 John F. Kennedy Blvd.
Philadelphia, PA  19103


*Attorneys for Defendant Ricoh Americas Corporation:*

*/s/ Eric R. Hubbard, Esq.*
Philip G. Kircher, Esq.
Chad Evin Kurtz, Esq.
COZEN O'CONNOR
1900 Market Street
Philadelphia, PA 19103

Eric R. Hubbard, Esq.
Eric T. Syu, Esq.
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704

Hiroyuki Hagiwara, Esq.
ROPES & GRAY LLP
Yusen Building 2F 3-2 Marunouchi 2-Chome
Chiyoda-ku, Tokyo, 100-0005
Japan


*Attorneys for Defendant Toshiba America Business Solutions, Inc.:*

*/s/ Douglas F. Stewart, Esq.*
Nancy J. Gellman, Esq.

5

CONRAD, O'BRIEN, GELLMAN & ROHN, PC
1515 Market Street, 16th Floor
Philadelphia, PA 19102

Paul T. Meiklejohn, Esq.
Douglas F. Stewart, Esq.
DORSEY & WHITNEY LLP
Columbia Center
701 Fifth Avenue, Suite 6100
Seattle, WA  98104-7043