## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC. | ) )<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| BROTHER INTERNATIONAL CORPORATION; CANON USA, INC.; DELL, INC.; EASTMAN KODAK COMPANY; EPSON AMERICA INC.; HEWLETT-PACKARD COMPANY; KONICA MINOLTA BUSINESS SOLUTIONS, U.S.A., INC.; LEXMARK INTERNATIONAL, INC.; OKI DATA AMERICAS, INC.; PANASONIC CORPORATION OF NORTH AMERICA; RICOH AMERICAS CORPORATION; SAMSUNG ELECTRONICS AMERICA, INC.; SHARP ELECTRONICS CORPORATION; TOSHIBA AMERICA BUSINESS SOLUTIONS, INC.; and XEROX CORPORATION, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | 
| Defendants. | )<br>)<br>) |

C.A. No. 2:10-cv-03175-LDD

DEMAND FOR JURY TRIAL

## [PROPOSED] ORDER

AND NOW, on this ___ day of _____, 2012, upon consideration of Certain

Defendants' Renewed Motion to Dismiss or Sever Based on Misjoinder, it is hereby ordered that

said motion is GRANTED.

Plaintiff's claims against Canon U.S.A., Inc., Epson America Inc., Hewlett Packard

Company, Konica Minolta Business Solutions, U.S.A., Inc., Lexmark International, Inc.,

Oki Data Americas, Inc., Panasonic Corporation of North America, Ricoh Americas

2

Corporation, and Toshiba America Business Solutions, Inc. are hereby dismissed without prejudice;

[OR, ALTERNATIVELY]

Plaintiff's claims against Canon U.S.A., Inc., Epson America Inc., Hewlett Packard Company, Konica Minolta Business Solutions, U.S.A., Inc., Lexmark International, Inc., Oki Data Americas, Inc., Panasonic Corporation of North America, Ricoh Americas Corporation, and Toshiba America Business Solutions, Inc. are hereby severed and shall proceed as separate actions against each defendant.

BY THE COURT:

_____
The Honorable Legrome D. Davis