# EXHIBIT 11



71398  U.S. PTO

02/21/12

# IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re Patent of : Nachman                    Art Unit    :  3992
Patent No.      : 7,489,423                  Examiner :   Colin LaRose
Control No.      : 90/009,902                Conf. No. :  7480
Filed            : April 19, 2011
Title            : INTERFACE CIRCUIT FOR UTILIZINGA FACSIMILE MACHINE
                   COUPLED TO A PC AS A SCANNER OR PRINTER

**Mail Stop Ex Parte Reexam**
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## AMENDMENT IN RESPONSE OFFICE ACTION OF FEBRUARY 10, 2012

This Amendment is filed in response to the Office Action of February 10, 2012, setting forth a two month shortened statutory reply period, making this Amendment due on or before April 10, 2012.

In response to the Office Action of February 10, 2012, please consider the following remarks and reconsider the application.

Amendments to the Claims begin on page 2 of this paper.

Remarks begin on page 5 of this paper.

In re Patent of : Nachman
Patent No.    : 7,489,423
Control No.    : 90/009,902
Page    : 2 of 7

Amendments to the Claims

1. (Twice Amended)  A method of transferring digital image data signals between a computer equipped with generic send/receive driver communications software and a facsimile machine to cause said facsimile machine to operate as a printing device, comprising the steps of:

(a) coupling the facsimile machine to the computer through a bi-directional direct connection via a passive link;

(b) conditioning the facsimile machine to receive print image data from the computer;

(c) conditioning the computer for initiating transmission of print image digital data to said facsimile machine of a document to be printed by said facsimile machine;

(d) upon activating the generic send driver communications software of the computer the print image digital data from the computer is transferred without interruption through a receiving port of the facsimile machine, whereby the print image digital signals of the computer are processed by the facsimile machine into signals for printing.

2. (Twice Amended)  A method of connecting the scan or print apparatus of a facsimile machine configuration to a computer, in order to support image data transmissions for scanning or printing between the facsimile machine and the computer, comprising the steps of:

coupling the facsimile machine to the computer through a bi-directional direct connection via a passive link between the facsimile machine and the computer;

conditioning a scan or print mode for the facsimile machine and the computer, as needed;

conditioning the transmission of image data signals between the facsimile machine and the computer for the selected scan or print mode;

said computer being equipped with generic send/receive driver communications software enabling the sending of image data to the facsimile machine for printing or receiving of the scanned facsimile machine image data by the computer for use as needed.

3. (Original)  The method of claim 2, including transferring serial or parallel digital signals of scan or print data images between said facsimile machine and said computer as needed.

4. (Original)  The method of claim 2, including transferring a digital data source signal of a scan or print data image between said facsimile machine and said computer as needed.

5. (Original)  The method of claim 2 further comprising optically recognizing the scanned data within the computer and converting the scanned data into character codes within the computer, said computer being equipped with Optical Character Recognition Software.

6. (Twice Amended)  A method of using a facsimile machine operably linked to a computer to print transmitted digital image data received from a computer by the facsimile machine, or scan digital image data transmitted from the facsimile machine to the computer through a bi-directional direct connection via a passive link, the method comprising:

In re Patent of  : Nachman
Patent No.      : 7,489,423
Control No.     : 90/009,902
Page            : 4 of 7

(a) providing the bi-directional direct connection via a passive link for transfer of digital image data representative of images between the computer and the facsimile machine;

(b) activating a print or scan mode on the computer and facsimile machine, said computer or facsimile machine being equipped with generic send and receive driver communications software enabling the transfer of the digital image data between the computer and the facsimile machine; and

(c) transmitting the digital image data from the computer to the facsimile machine for printing, or transmitting scanned digital image data from the facsimile machine to the computer, over the bi-directional direct connection via the passive link in accordance with an instruction.

In re Patent of : Nachman
Patent No.    : 7,489,423
Control No.   : 90/009,902
Page          : 5 of 7

## REMARKS

### *Claim Status*

Upon entry of the present amendment, claims 1-6 will remain pending in the application. Claims 1, 2 and 6 will have been amended. Each of the claims is being amended to recite "generic send/receive driver communications software." Support for the amendments to claims may be found in, *inter alia,* FIGS. 2a-2j (see particularly FIG. 2g); and col. 7, line 63 – col. 8, line 18.

It is believed the aforementioned changes do not involve any introduction of new matter. Consequently, entry of these changes is believed to be in order and is respectfully requested.

### *Rejection Under 35 U.S.C. § 112, First Paragraph*

The Examiner rejected claims 1-6 and 18-20 under 35 U.S.C. § 112, first paragraph, as failing to comply with the written description requirement.[1] The Examiner indicated that the Patent Owner's amendment to independent claims 1, 2 and 6 to denote that the computer is equipped with "unmodified standard protocol" send/receive driver communications software does not appear to be supported by the specification of the instant patent. However, with regard to the embodiment of FIG. 2g, the Examiner indicated that the specification teaches that "[a]ny available send/receive communications software package is acceptable," and that FIG. 2g describes such a send/receive communication software as being "generic." The Examiner indicated that claims 1-6 would be allowable if amended to indicate that the send/receive driver communications software is "generic" rather than "unmodified standard protocol." The Patent Owner expresses appreciation for the indication of allowable subject matter.

---

[1] It is believed that the Examiner meant to reject claims 1-6, as there are only six claims in the instant patent.

In re Patent of : Nachman
Patent No.      : 7,489,423
Control No.     : 90/009,902
Page            : 6 of 7

Accordingly, the Patent Owner has amended each of independent claims 1, 2 and 6 to recite "generic send/receive driver communications." Thus, in view of the indication of allowable subject matter, the Examiner is respectfully requested to reconsider and withdraw the rejection of claims 1-6 under 35 U.S.C. §112, first paragraph.

## CONCLUSION

In light of the above remarks, claim amendments, early and favorable action in this case is respectfully requested.

Respectfully submitted,

Date: 2/21/12

Marvin J. Nachman

In re Patent of : Nachman
Patent No.     : 7,489,423
Control No.    : 90/009,902
Page           : 7 of 7

## CERTIFICATE OF SERVICE

The undersigned certifies that a service of a copy of this document, AMENDMENT IN RESPONSE TO FINAL OFFICE ACTION OF FEBRUARY 10, 2012, was made by First Class U.S. Mail on the representative for the Third Party Requester at the address and date indicated below:

        BAKER BOTTS L.L.P.
        2001 ROSS AVENUE
        SUITE 600
        DALLAS, TX 75201·2980

Date: 2/21/12

_____
Marvin J. Nachman