# EXHIBIT 12

**RECEIVED**

APR 2 5 2012

IN THE UNITED STATES PATENT AND TRADEMARK OFFICE
CENTRAL REEXAMINATION UNIT

| | | | |
|---|---|---|---|
| In re Patent of | : Nachman | Art Unit : | 3992 |
| Patent No. | : 6,894,811 | Examiner : | Colin LaRose |
| Control No. | : 90/009,901 | Conf. No. : | 7427 |
| Filed | : April 19, 2011 | | |
| Title | : INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE COUPLED TO A PC AS A SCANNER OR PRINTER | | |

**Mail Stop Ex Parte Reexam**
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

## SECOND SUPPLEMENTAL AMENDMENT IN RESPONSE TO NOTIFICATION OF DEFECTIVE PAPER OF APRIL 19, 2012, ADVISORY ACTION OF MARCH 12, 2012, AND FINAL OFFICE ACTION OF FEBRUARY 10, 2012

This Amendment is supplemental to the Amendments filed on March 29, 2012 and February 21, 2012.

In response to the final Office Action of February 10, 2012, the Advisory Action of March 12, 2012, and the Notification of Defective Pater of April 19, 2012 please consider the following remarks and reconsider the application.

Amendments to the Claims begin on page 2 of this paper.

Remarks begin on page 8 of this paper.

In re Patent of  :  Nachman
Patent No.   :  6,894,811
Control No.  :  90/009,901
Page         :  2 of 9

Amendments to the Claims

1. (Twice Amended)  A method of creating a scanning capability from a facsimile machine to a computer, with scanned image digital data signals transmitted through a bi-directional connection via a passive link between the facsimile machine and the computer, comprising the steps of:

by-passing or isolating the facsimile machine and the computer from the public network telephone line; coupling the facsimile machine to the computer;

conditioning the computer to receive digital facsimile signals representing data on a scanned document; and

conditioning the facsimile machine to transmit digital signals representing data on a scanned document to the computer, said computer being equipped with generic send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine, said transmitted digital facsimile signals being received directly into the computer through the bi-directional direct connection via the passive link, thereafter, said computer processing the received digital facsimile signals of the scanned document as needed.

2. (Original)  The method of claim 1 to create a scanning capability through a bi-directional direct connection via a passive link between a facsimile machine and a computer by transfer of scanned image data signals from the facsimile machine through said connection, said facsimile machine by-passing or isolated from the public network telephone line, and connected to an appropriate receiving port of a computer or other office product capable of receiving and processing said signals.

3. (Original)  The method of claim 1, including transferring a parallel data source signal of a scanned image from said facsimile machine to said computer.

In re Patent of  : Nachman
Patent No.   : 6,894,811
Control No.  : 90/009,901
Page         : 3 of 9

4. (Original)  The method of claim 1, including transferring a digital serial data source signal of a scanned image from said facsimile machine to said computer.

5. (Original)  The method of claim 1 further comprising optically recognizing the scanned data within the computer and converting the scanned data into character codes within the computer, said computer being equipped with Optical Character Recognition Software.

6. (Twice Amended)  A method of creating a scanning capability from a facsimile machine to a computer equipped with a modem, with scanned image data signals transferred through a bi-directional direct connection via a passive link between the facsimile machine and the computer, comprising the steps of:

by-passing or isolating the facsimile machine and the computer from the public network telephone line; coupling the facsimile to the computer;

conditioning the computer to receive facsimile signals representing data on a scanned document; and

conditioning the facsimile machine to transmit signals representing data on a scanned document to the computer, said computer being equipped with generic send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine, said transmitted facsimile signals being received through the bi-directional direct connection via the passive link to the computer modem, thereafter, said computer processing the received facsimile signals of the scanned document as needed.

7. (Amended)  A method of making a facsimile machine operable as a scanner and printer for a personal computer, by transferring digital data through a bi-directional direct connection via a passive link between the facsimile machine and the computer, each of the facsimile machine and personal computer for communicating normally using at least one public network telephone line, comprising the steps of:

In re Patent of  : Nachman
Patent No.    : 6,894,811
Control No.  : 90/009,901
Page          : 4 of 9

configuring the facsimile machine to communicate with the personal computer using a digital connector port of the facsimile machine and personal computer, with both the facsimile machine and personal computer isolated from said at least one public network telephone line;

arranging the facsimile machine to be in a digital connection mode; and

using an unmodified standard protocol for shifting the personal computer to a connected mode for sending or receiving digital signals through the bi-directional direct connection via the passive link for scanning and printing between the computer and the facsimile machine, in a facsimile format, using the digital connector port of the personal computer, said computer being equipped with send/receive driver communications software enabling the transfer of the scanning and printing signals between the computer and the facsimile machine.

8. (Original)  The method of claim 7 including using RS 232 connector ports to interface between the facsimile machine and the personal computer.

9. (Original)  The method of claim 7 including using parallel connector ports to interface between the facsimile machine and the personal computer.

10. (Original)  The method of claim 7, using RS 232, parallel or other suitable digital port type connectors to interface between said facsimile machine and said computer.

11. (Original)  The method of claim 7 further comprising optically recognizing the scanned data within the computer and converting the scanned data into character codes within the computer, said computer being equipped with Optical Character Recognition Software.

12. (Amended)  A method of using a facsimile machine as a scanner and printer by transferring data signals through a bi-directional direct connection via a passive link between the facsimile machine and the personal computer, each of the facsimile machine and personal

In re Patent of  : Nachman
Patent No.    : 6,894,811
Control No.  : 90/009,901
Page          : 5 of 9

computer for communicating using telephone types of circuits, said facsimile machine and computer being isolated from the public telephone network, comprising the steps of:

(a) configuring the facsimile machine to communicate with the personal computer using the facsimile machine, and by-passing or isolating the facsimile machine and computer from the public telephone network;

(b) arranging the facsimile machine to be in a simulated off-hook condition, or connection mode; and

(c) using an unmodified standard protocol for shifting the personal computer to an off-hook condition, or connection mode for sending or receiving signals in facsimile formats through the bi-directional direct connection via the passive link between the personal computer and the facsimile machine; said computer being equipped with send/receive driver communications software enabling the transfer of the scanning and printing signals between the computer and the facsimile machine.

13. (Original)  The method of claim 12 including using serial data transmissions for both scanning and printing through the bi-directional direct connection via the passive link between the facsimile machine and the personal computer.

14. (Original)  The method of claim 12 including using parallel data transmissions for both scanning and printing through the bi-directional direct connection via the passive link between the facsimile machine and the personal computer.

15. (Original)  The method of claim 12 including using analog data transmissions for both scanning and printing through the bi-directional direct connection via the passive link between the facsimile machine and the personal computer.

In re Patent of  : Nachman
Patent No.   : 6,894,811
Control No.  : 90/009,901
Page         : 6 of 9

16. (Original)  The method of claim 12 using analog or digital serial, parallel data transmissions, for both scanning and printing through the bi-directional direct connection via the passive link, between the facsimile machine and the personal computer.

17. (Original)  The method of claim 12 further comprising optically recognizing the scanned data within the computer and converting the scanned data into character codes within the computer, said computer being equipped with Optical Character Recognition Software.

18. (Twice Amended)  A method of using a facsimile machine with a computer, one or both of which being connected to a telephone line such that said facsimile machine operates as a scanning and printing device for the computer when isolated from the telephone line comprising the steps of:

(a) coupling the facsimile machine to the computer through a bi-directional direct connection via a passive link;

(b) generating a signal to simulate an off-hook condition or connection mode providing a direct path whereby the facsimile machine is conditioned to transmit or receive signals through the bi-directional direction via the passive link to the computer;

(c) generating a facsimile machine signal whereby the computer is conditioned to receive signals representing data on a scanned document; and

(d) generating a computer signal whereby the facsimile machine is conditioned to receive signals representing data on a document to be printed; said computer being equipped with generic send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine or the sending of computer data to the facsimile machine for printing.

19. (Three Times Amended)  A method of using a facsimile machine with a computer, one or both of which being connected to a telephone line such that said facsimile machine

In re Patent of  : Nachman
Patent No.   : 6,894,811
Control No.  : 90/009,901
Page         : 7 of 9

operates as a printing device for the computer when isolated from the telephone line, comprising the steps of:

(a) coupling the facsimile machine to the computer through a bi-directional direct connection via a passive link, which enables transfer of digital image signals in both directions;

(b) generating a signal representative of a facsimile machine communications signals, whereby the computer is conditioned to transmit signals representing data on a document to be printed; and

(c) generating a signal to simulate an off-hook condition or connection mode providing a direct path whereby the facsimile machine is conditioned to receive signals through the bi-directional direct connection via the passive link representing data from the computer of a document to be printed, wherein the computer is equipped with generic send/receive driver communications software to send the digital image signals to the facsimile machine for printing.

20. (Twice Amended)  A method of making a facsimile machine operable as a scanner and printer for a computer, each of the facsimile machine and computer for communicating normally using at least one public network telephone line, comprising the steps of:

(a) configuring the facsimile machine to communicate with the personal computer through a bi-directional direct connection via a passive link between a digital connector port on the facsimile machine and a digital connector port on the computer, with both the facsimile machine and computer by-passing or isolated from said at least one public network telephone line;

(b) arranging the facsimile machine to send or receive digital data signals; and

(c) coupling the digital data signals through the bi-directional direct connection via the passive link between the personal computer and the facsimile machine; said computer being equipped with generic send/receive driver communications software enabling the reception of scanned image signals from the facsimile machine or the sending of computer data to the facsimile machine for printing.

In re Patent of  : Nachman
Patent No.   : 6,894,811
Control No.  : 90/009,901
Page         : 8 of 9

## REMARKS

### *Claim Status*

Upon entry of the present amendment, claims 1-20 will remain pending in the application.  The patent owner expresses appreciation for the indication that claims 7-17 have been confirmed.  In the present Second Supplemental Amendment, the claims are presented such that they fully comply with 37 C.F.R. § 1.530(f).  In particular, each of the claims is now presented in marked-up form with respect to the original patent claims together with proper status identifiers.

It is believed the aforementioned changes do not involve any introduction of new matter. Consequently, entry of these changes is believed to be in order and is respectfully requested. Accordingly, the Examiner is requested to enter the present Amendment, as well as consider the remarks filed on March 29, 2012 and February 21, 2012, which should place all claims a presented herein in condition for allowance.

## CONCLUSION

In light of the above remarks, claim amendments, early and favorable action in this case is respectfully requested.

Respectfully submitted,

Date: 4/25/2012

Marvin J. Nachman

In re Patent of : Nachman
Patent No. : 6,894,811
Control No. : 90/009,901
Page : 9 of 9

RECEIVED

APR 2 5 2012

CENTRAL REEXAMINATION UNIT

## CERTIFICATE OF SERVICE

The undersigned certifies that a service of a copy of this document, Second Supplemental Amendment in Response to Notification of Defective Paper of April 19, 2012, Advisory Action of March 12, 2012, and Final Office Action of February 10, 2012, was made by First Class U.S. Mail on the representative for the Third Party Requester at the address and date indicated below:

BAKER BOTTS L.L.P.
2001 ROSS AVENUE
SUITE 600
DALLAS, TX 75201·2980

Date: 4/25/2012

Marvin J. Nachman

APR 2 5 2012

CENTRAL REEXAMINATION UNIT
IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

| | | | | |
|---|---|---|---|---|
| In re Patent of | : Nachman | | Art Unit | : 3992 |
| Patent No. | : 6,894,811 | | Examiner | : Colin LaRose |
| Control No. | : 90/009,901 | | Conf. No. | : 7427 |
| Filed | : April 19, 2011 | | | |
| Title | : INTERFACE CIRCUIT FOR UTILIZING A FACSIMILE COUPLED TO A PC AS A SCANNER OR PRINTER | | | |

**Mail Stop Ex Parte Reexam**
Central Reexamination Unit
Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

TRANSMITTAL

Transmitted herewith for appropriate action are the following documents:

- Second Supplemental Amendment in Response to Notification of Defective Paper of April 19, 2012, Advisory Action of March 12, 2012, and Final Office Action of February 10, 2012

- Certification of Service of the Second Supplemental Amendment in Response to Notification of Defective Paper of April 19, 2012, Advisory Action of March 12, 2012, and Final Office Action of February 10, 2012

The above-listed documents are being filed by U.S. Postal Service Express Mail.

Respectfully submitted,

Date: 4/25/2012

_____
Marvin J. Nachman