IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| INFINITY COMPUTER PRODUCTS, INC. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| BROTHER INTERNATIONAL | : | |
| CORPORATION | : | No. 10-3175 |

ORDER

AND NOW, this 7th day of January, 2013, it is hereby ORDERED that Plaintiff's Motion to Consolidate (Doc. No. 285) is DENIED WITHOUT PREJUDICE. Plaintiff may renew its Motion with regard to each related case,[1] once the Defendant has filed an Answer. Questions relating to the consolidation of these actions, or any portions of these actions, will be addressed at the initial Case Management Conference.

Any Motions filed prior to a Defendant's answering Plaintiff's Complaint shall be filed in the individual, related action.

BY THE COURT:

/s/ Legrome D. Davis

Legrome D. Davis, J.

---

[1] The cases related to this action include Civil Action Nos. 12-cv-6796, 12-cv-6797, 12-cv-6798, 12-cv-6799, 12-cv-6800, 12-cv-6802, 12-cv-6803, 12-cv-6804, 12-cv-6805, 12-cv, 6806, 12-cv-6807, and 12-cv-6808.