# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| INFINITY COMPUTER PRODUCTS, INC., <br><br> Plaintiff, <br><br> v. <br><br> BROTHER INTERNATIONAL CORPORATION, et al., <br><br> Defendants. | Civil Action No. 2:10-cv-03175-LDD <br><br> Judge Legrome D. Davis |

### STIPULATED MOTION TO DISMISS ALL CLAIMS BETWEEN PLAINTIFF INFINITY COMPUTER PRODUCTS, INC. AND DEFENDANT BROTHER INTERNATIONAL CORPORATION

Plaintiff Infinity Computer Products, Inc. ("Infinity") and Defendant Brother International Corporation ("Brother"), by and through their respective counsel, hereby jointly move for an order to dismiss all claims in this action by and between Infinity and Brother WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(2) and (c) with each party bearing its own attorneys' fees, costs and expenses. A proposed order is filed concurrently herewith.

Date:  May 16, 2013

| | |
|---|---|
| */s/ Jonathan R. Miller* | */s/ David M. Schlitz* |
| | |
| Timothy C. Davis, *Pro Hac Vice* | David M. Schlitz , *Pro Hac Vice* |
| William Lewis Garrison, Jr., *Pro Hac Vice* | William S. Foster, Jr., *Pro Hac Vice* |
| **HENINGER GARRISON DAVIS, LLC** | **BAKER BOTTS LLP** |
| 2224 1st Avenue North | The Warner |
| Birmingham, Alabama 35203 | 1299 Pennsylvania Ave., NW |
| | Washington, D.C. 20004-2400 |
| | |
| Jacqueline K. Burt, *Pro Hac Vice* | Mark A. Aronchick |
| Graham B. Firestone*, Pro Hac Vice* | Dylan J. Steinberg |
| Jonathan R. Miller, *Pro Hac Vice* | **HANGLEY ARONCHICK SEGAL** |
| **HENINGER GARRISON DAVIS, LLC** | **PUDLIN & SCHILLER** |
| 3621 Vinings Slope, Suite 4320 | One Logan Square, 27th Floor |
| Atlanta, Georgia  30339 | Philadelphia, PA 19103 |
| | |
| Robert L. Sachs, Jr. | |
| **SHRAGER, SPIVEY & SACHS** | |
| One Commerce Square | |
| 2005 Market Street, Suite 2300 | |
| Philadelphia, PA 19103 | |
| | |
| **Attorneys for** | **Attorneys for** |
| *Infinity Computer Products, Inc.* | *Brother International Corporation* |

**STIPULATED MOTION TO DISMISS ALL CLAIMS BETWEEN PLAINTIFF INFINITY COMPUTER PRODUCTS, INC. AND DEFENDANT BROTHER INTERNATIONAL CORPORATION**

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing using the CM/ECF system. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

Dated: May 16, 2013

            /s/ Jonathan R. Miller
            Jonathan R. Miller, Esq., *Pro Hac Vice*